IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 20-175 |
| | )   UNDER SEAL |
| BRANDON BENSON | ) |

## ARRAIGNMENT PLEA

Defendant BRANDON BENSON

being arraigned, pleads _____

in open Court this _____ day of

_____, 2020

_____
(Defendant's Signature)

_____
(Attorney for Defendant)