*CR 20-175*

## CRIMINAL CASE INFORMATION SHEET
### UNDER SEAL

Pittsburgh ___X___          Erie _____          . Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:    1. _____ Narcotics and Other Controlled Substances
             1a. _____ Narcotics and Other Controlled Substances
                      (3 or more Defendants)
             2. _____ Fraud and Property Offenses
             2a. _____ Fraud and Property Offenses
                      (3 or more Defendants)
             3. _____ Crimes of Violence
             4. _____ Sex Offenses
             5. _____ Firearms and Explosives
             6. _____ Immigration
             7. __X__ All Others

Defendant's name:                   DEVIN MONTGOMERY _____

Is Indictment waived:              _____ Yes        __X__ No

Pretrial Diversion:                _____ Yes        __X__ No

Juvenile proceeding:               _____ Yes        __X__ No

Defendant is:                      __X__ Male       _____ Female

Superseding Indictment or Information  _____ Yes     __X__ No

               Previous case number: _____

If superseding, previous case was/will be:

       _____ Dismissed on defendant's motion
       _____ Dismiss on governments' motion
       _____ After appellate action
       _____ Other (explain)

County in which first offense cited
occurred:            Allegheny _____

Previous proceedings before
Magistrate Judge:          Maureen P. Kelly _____

       Case No. :          20-1369

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S.
custody began:                          _____

Defendant:                  _____ is in custody      X   is not in custody

Name of Institution:                    _____

Custody is on:              _____ this charge      _____ another charge

                                        _____ another conviction

                            _____ State           _____ Federal

Detainer filed:             _____ yes              _____ no

Date detainer filed:                    _____

Total defendants:           2

Total counts:               2

Data below applies to defendant No.:    1

Defendant's name:           DEVIN MONTGOMERY _____


| COUNT | U.S. CODE | OFFENSE | FELONY |
|-------|-----------|---------|--------|
| 1 | 18 U.S.C. § 844(f)(1) | Malicious Destruction or Damage By Fire to Vehicle of Organization Receiving Federal Financial Assistance | X |
| 2 | 18 U.S.C. §§ 2 and 2113(a) (second paragraph) | Bank Burglary | X |

I certify that to the best of my knowledge the above entries are true and correct.


DATE:    JUL 2 2 2020                    /s/ Shaun E. Sweeney
                                         SHAUN E. SWEENEY
                                         Assistant U.S. Attorney
                                         PA ID No. 53568