CR 20-175

## CRIMINAL CASE INFORMATION SHEET
## UNDER SEAL

Pittsburgh __X__    Erie ____    Johnstown ____

Related to No. _____  Judge _____

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. __X__ All Others

Defendant's name:                BRANDON BENSON

Is Indictment waived:            ____ Yes    __X__ No

Pretrial Diversion:              ____ Yes    __X__ No

Juvenile proceeding:             ____ Yes    __X__ No

Defendant is:                    __X__ Male   ____ Female

Superseding Indictment or Information  ____ Yes    __X__ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismiss on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    Allegheny

Previous proceedings before Magistrate Judge: _____

Case No. : _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | _____ | |
| Total defendants: | 2 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 2 | |
| Defendant's name: | BRANDON BENSON | |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 2 | 18 U.S.C. §§ 2 and 2113(a) (second paragraph) | Bank Burglary | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: ___JUL 2 2 2020___

/s/ Shaun E. Sweeney
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568