IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 20-175 |
| ) | |
| BRANDON BENSON ) | |

**STATUS REPORT**

AND NOW comes the Defendant, Brandon Benson, through his counsel Assistant Federal Public Defender, Linda E.J. Cohn and hereby files the following Status Report on the Return of his property. He avers the following:

1. On March 29, 2021, this Court filed an Order Denying as Moot the Motion for Return of Seized Property and Ordered a Status Report be filed to specify when Mr. Benson's property was returned to him. *See* Doc. No. 116.

2. On March 29, 2021, undersigned counsel's office obtained their client's phone from the FBI and returned it to the client.

Respectfully Submitted,

/s/ Linda E.J. Cohn
Linda E.J. Cohn
Assistant Federal Public Defender