# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:20-cr-00175-2 |
| | ) | |
| BRANDON BENSON, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type: Bond Revocation Hearing (In-Person)
Date: July 19, 2021
Before: Chief Judge Mark R. Hornak

| AUSA | Shaun E. Sweeney |
|---|---|
| Counsel for Defendant | Linda E. J. Cohn |
| Probation Officer | Phil Spicuzza |
| Court Reporter | Barbara Loch |
| Deputy Clerk/Law Clerk | Brian D. Babik/Molly C. Prindle |
| Start time | 1:38 PM |
| End time | 4:31 PM |

## SUMMARY OF PROCEEDINGS:

DEFENDANT PRESENT

**WITNESS:**
 1) Phil Spicuzza

The Court held this hearing regarding the pending Petition for Action on Pretrial Release (ECF Nos. 94 and 132).

Defendant shall remain on bond.

The Court will hold further proceedings in abeyance without prejudice.